UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JANICE G.,**

   Plaintiff,

v.                                              **No. 4:25-cv-0368-P**

**COMMISSIONER OF SOCIAL
SECURITY,**

   Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 24. Plaintiff filed Objections on June 21, 2026 (ECF No. 25) and the Magistrate Judge's Recommendation is ripe for review. Accordingly, the undersigned District Judge conducted a *de novo* review.

The undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court. Plaintiff's objections are **OVERRULLED**. Accordingly, the hearing decision is **REVERSED** and this case is **REMANDED** to the Commissioner of Social Security for further proceedings.

**SO ORDERED** on this **22nd day of July 2026.**

_____
Mark T. Pittman
UNITED STATES DISTRICT JUDGE