UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

**JANICE GREEN,**

Plaintiff,

v. **No. 4:25-cv-00368-P-BN**

**COMMISSIONER OF SOCIAL SECURITY,**

Defendant.

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

The United States Magistrate Judge made Findings, Conclusions, and a Recommendation in this case. ECF No. 29. The Magistrate Judge recommended granting in part and denying in part Plaintiff's motion for attorneys' fees and costs under the Equal Access to Justic Act (ECF No. 28). No objections were filed, and the Magistrate Judge's Recommendation is ripe for review. The District Judge reviewed the proposed Findings, Conclusions, and Recommendation for plain error. Finding none, the undersigned District Judge believes that the Findings and Conclusions of the Magistrate Judge are correct, and they are accepted as the Findings and Conclusions of the Court.

It is therefore **ORDERED** that the Commissioner pay Plaintiff Janice Green $9,338.86 in attorneys' fees and $405 in costs. The Commissioner shall make the check payable to Plaintiff but mail that check to Plaintiff's attorney, Tower Law Group, 800 Executive Drive, Oviedo, Florida 32765. Such payment shall be subject to any offset under the Treasury Offset Program.

**SO ORDERED** on this **23rd day of September 2026.**

Mark T. Pittman
UNITED STATES DISTRICT JUDGE